and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–5628.   KINNEY *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES; and PLOURDE *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–6070.   GROSSMAN *v.* UNITED STATES.   C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 89–7873.   MCQUILLION *v.* KOENIG, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS, *ante*, p. 919.   Petition for rehearing denied.

No. 89–1588.   WRENN *v.* OHIO ET AL., *ante*, p. 810;

No. 89–1708.   KOUNO *v.* OREGON STATE BOARD OF HIGHER EDUCATION ET AL., *ante*, p. 811;

No. 89–1790.   MCCAIN, A MINOR, BY HER NEXT FRIEND, MCCAIN, ET AL. *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL., *ante*, p. 813;

No. 89–1847.   JONES *v.* TURNER BROADCASTING SYSTEM, INC., *ante*, p. 815;

No. 89–1945.   BROWN (LAMAR) *v.* FOX VALLEY & VICINITY CONSTRUCTION WORKERS PENSION FUND ET AL., *ante*, p. 820;

No. 89–1950.   PHILLIPS *v.* UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, *ante*, p. 820;

No. 89–1966.   BANKS *v.* GARRETT, SECRETARY OF THE NAVY, *ante*, p. 821;

No. 89–2022.   VOGEL *v.* ELLIS (three cases), *ante*, p. 824;

No. 89–2028.   SANDS *v.* KENTUCKY, *ante*, p. 824;

No. 89–7188.   DEBOUE *v.* LOUISIANA, *ante*, p. 881;

No. 89–7349.   WILLIS *v.* FIRST BANK NATIONAL ASSN., *ante*, p. 827;

No. 89–7355.   EYLER *v.* ILLINOIS, *ante*, p. 881;

No. 89–7430.   ABU-JAMAL *v.* PENNSYLVANIA, *ante*, p. 881;

No. 89–7493.   GOAD *v.* MORRIS, WARDEN, *ante*, p. 829;

994

No. 89–7526.   Evans v. United States Postal Service et al., *ante*, p. 830;

No. 89–7570.   Davis v. Kemp, Warden, *ante*, p. 881;

No. 89–7574.   Pryor v. Allen, *ante*, p. 831;

No. 89–7578.   Harris v. Burdorff, *ante*, p. 831;

No. 89–7603.   Leppaluoto et ux. v. United States, *ante*, p. 832;

No. 89–7614.   Wyatt v. Sullivan, Secretary of Health and Human Services, *ante*, p. 833;

No. 89–7615.   Willis v. First Bank National Assn., *ante*, p. 833;

No. 89–7616.   Pitts v. Georgia, *ante*, p. 881;

No. 89–7638.   Hall v. Georgia, *ante*, p. 881;

No. 89–7695.   Frost v. California, *ante*, p. 835;

No. 89–7744.   Anderson v. Borg, Warden, et al., *ante*, p. 838;

No. 89–7793.   McMillin v. Missouri, *ante*, p. 881;

No. 89–7843.   Stamey v. Georgia, *ante*, p. 843;

No. 90–2.   Safir v. Prudential Insurance Company of America et al., *ante*, p. 845;

No. 90–8.   Wrenn v. Board of Directors, Whitney M. Young, Jr., Health Center, Inc., et al., *ante*, p. 845;

No. 90–58.   Smith v. United States, *ante*, p. 848;

No. 90–86.   Polyak v. Hamilton, Judge, Chancery Court of Lawrence County, Tennessee, *ante*, p. 849;

No. 90–116.   Helm, dba Bills Green Light Auto Parts v. Mid-America Industries, Inc., *ante*, p. 850;

No. 90–156.   Machen v. United States, *ante*, p. 852;

No. 90–177.   Douthwaite v. Virginia, *ante*, p. 853;

No. 90–188.   International Consulting Services, Inc. v. Gilbert, *ante*, p. 854;

No. 90–265.   Stack v. United States, *ante*, p. 856;

No. 90–313.   Polyak v. Hulen et al.; and Polyak v. Boston et al., *ante*, p. 899;

No. 90–362.   Smith v. United States Air Force, *ante*, p. 900;

No. 90–5002.   Moore v. Trump Casino-Hotel, *ante*, p. 856;

No. 90–5037.   Byrum et al. v. Grimes et al., *ante*, p. 858;

No. 90–5052.   Madden v. Thorburn et al., *ante*, p. 859;

No. 90–5066.   Fields v. Illinois, *ante*, p. 881;

No. 90–5068.   Winston v. Kossoff, *ante*, p. 860;

No. 90–5070. SHERRILLS v. MCMACKIN, WARDEN, *ante*, p. 860;

No. 90–5076. STREET v. FOLTZ, WARDEN, *ante*, p. 860;

No. 90–5095. MAY v. FEDERAL COMMUNICATIONS COMMISSION, *ante*, p. 861;

No. 90–5098. LIDMAN v. NEWARK REDEVELOPMENT AND HOUSING AUTHORITY ET AL., *ante*, p. 861;

No. 90–5109. FRANKLIN v. ILLINOIS, *ante*, p. 881;

No. 90–5125. BRAWLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *ante*, p. 862;

No. 90–5131. ALLUSTIARTE ET AL. v. COOPER, *ante*, p. 863;

No. 90–5148. GREEN v. SOUTH CAROLINA, *ante*, p. 881;

No. 90–5151. SCHMITZ v. GIBBS, *ante*, p. 864;

No. 90–5155. BEVERLY ET UX. v. UNITED STATES, *ante*, p. 864;

No. 90–5159. WAFER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *ante*, p. 864;

No. 90–5200. PETRARCA v. PICERNE ET AL., *ante*, p. 866;

No. 90–5214. QADHAFI v. VIRGINIA, *ante*, p. 866;

No. 90–5217. HIGHTOWER v. GEORGIA, *ante*, p. 882;

No. 90–5236. WEEKS v. ALABAMA, *ante*, p. 882;

No. 90–5240. TURNER v. FALK, DIRECTOR, HAWAII DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 867;

No. 90–5244. LE WARD v. HUNT ET AL., *ante*, p. 868;

No. 90–5245. LEE v. ARMONTROUT, WARDEN, ET AL., *ante*, p. 868;

No. 90–5264. COTTON v. NEW MEXICO, *ante*, p. 869;

No. 90–5267. TADROS v. COLEMAN ET AL., *ante*, p. 869;

No. 90–5307. McGANN v. BIDERMAN ET AL., *ante*, p. 871;

No. 90–5328. HAWKINS v. ILLINOIS, *ante*, p. 881;

No. 90–5341. LEPPALUOTO ET UX. v. NAZARIAN, DBA THE LAW CLINIC, *ante*, p. 872;

No. 90–5348. GETROST v. UNITED STATES, *ante*, p. 873;

No. 90–5362. RODRIGUEZ-DOSHI v. GENERAL SERVICES ADMINISTRATION ET AL., *ante*, p. 901;

No. 90–5388. BEAS v. CALIFORNIA, *ante*, p. 874;

No. 90–5441. MADDEN v. NBD MORTGAGE CO. ET AL., *ante*, p. 902; and

No. 90–5449. MOHIUDDIN v. ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS ET AL., *ante*, p. 902. Petitions for rehear-

ing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.

DECEMBER 1, 1990

No. 90–5839 (A–419). BEETS v. TEXAS, *ante*, p. 992. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied. JUSTICE MARSHALL would grant the application for stay of execution.

DECEMBER 3, 1990

No. 90–643. DAVIS v. ST. JOE PAPERMAKERS FEDERAL CREDIT UNION ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. 89–1125. THORN APPLE VALLEY, INC. v. AUTO CLUB INSURANCE ASSN. Ct. App. Mich. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FMC Corp.* v. *Holliday, ante,* p. 52.

No. 90–308. PRITCHARD v. NATIONAL TRANSPORTATION SAFETY BOARD. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the National Transportation Safety Board filed November 8, 1990.

No. 90–5550. CUFFLE v. AVENENTI ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Attorney General of Arizona in his Brief for Respondents filed November 7, 1990.

No. — –——. BURSON v. MOYE, JUDGE. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–929. IN RE DISBARMENT OF BRIMBERRY. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]